IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HENRY FORD WILLIAMS | ) | |
| | ) | |
| v. | ) | NO: 3:12-1039 |
| | ) | |
| JEWEL STEELE, et al. | ) | |

**O R D E R**

Presently pending in this pro se and in forma pauperis prisoner civil rights case is the plaintiff's "Order to Suppress" (Docket Entry No. 22). This filing is essentially a copy of a prior "Order to Suppress" which was filed by the plaintiff on November 27, 2012, see Docket Entry No. 18, and which the Court, in the Order entered November 29, 2012 (Docket Entry No. 19), construed as a motion to amend the complaint and granted. However, the filing contains an additional short statement from the plaintiff and five pages of copies of a prison grievance and a prison displainary report.

To the extent that the filing has been docketed as a motion, the motion is DENIED. The first three pages of the motion are a copy of the prior filing made by the plaintiff, which the Court has already granted as an amendment of the complaint. It is not clear to the Court the exact purpose of the additional pages which have been attached to the current filing. The plaintiff is advised that there is no such thing as an "order to suppress" in a civil case such as the one he has filed.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must

be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge