IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

HENRY FORD WILLIAMS  )
                                       )
   v.                              )     NO: 3:12-1039
                                       )
JEWEL STEELE, et al.          )

**O R D E R**

The pro se Plaintiff in this prisoner civil rights action has filed with the Court two letters (Docket Entry Nos. 25 and 26) in which he recounts recent events occurring during his incarceration. Attached to his letters are copies of prison grievance documents.

The Plaintiff is advised that the Court has no authority to become involved in overseeing the daily events of his incarceration merely because he has filed a civil rights lawsuit. There is no reason for the Plaintiff to frequently update the Court about these events through letters to the Court or to provide to the Court copies of documents which are unrelated to a motion or response to a motion. Process has only recently been ordered to issue to the defendants in the action and they have yet to respond to the complaint.

The Plaintiff is also advised that letters to the Court are not the proper way to bring matters to the Court's attention. If he has a specific request, he should make it in the form of a motion filed with the Court, not in a letter addressed to the Court. Further, the letter fails to contain a certificate of service indicating that a copy was sent to the defendants. Rule 5 of the Federal Rules of Civil Procedure requires that the Plaintiff send to the opposing parties or counsel for the opposing parties, if an appearance of counsel has been entered on their behalf, a copy of anything he files with the

Court and include in his filing a certificate of service stating that such a copy has been mailed, when it was mailed, and to what address it was mailed.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge