IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

HENRY FORD WILLIAMS )
)
v. ) NO: 3:12-1039
)
JEWEL STEELE, et al. )

**O R D E R**

Presently pending in this pro se and in forma pauperis prisoner civil rights case is the Plaintiff's "Motion to Review" (Docket Entry No. 34). Although the purpose of motion is not entirely clear, it appears that the Plaintiff seeks review of the Order entered December 20, 2012 (Docket Entry No. 27), in which the Magistrate Judge directed the Clerk to not issue process to "D. Anthony Pender."

Accordingly, the Plaintiff's motion for review (Docket Entry No. 34) is directed to the attention of the Honorable Todd J. Campbell.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

The Clerk is directed to send a copy of this Order to the plaintiff by regular, first class mail (only).

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge