IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HENRY FORD WILLIAMS | ) | |
| | ) | |
| v. | ) | NO: 3:12-1039 |
| | ) | |
| JEWEL STEELE, et al. | ) | |

**O R D E R**

On July 15, 2013, Defendant Roberta Burns filed a suggestion of death of the pro se prisoner plaintiff, Henry Ford Williams, stating that he had died on July 7, 2013. See Docket Entry No. 56.

Defendant Burns indicates that, based on information and belief, Henry Ford Williams is survived by Linda Gail Jones Williams to whom public records reflect he was married and a son, Jamin Nahshon Williams, and that public records reflect the following addresses for these individuals: Linda Williams, 3540 Pleasant Grove Road, White House, Tennessee 37188-5073, and Jamin Nahshon Williams, 149 Granda Flora Drive, White House, Tennessee 37188-8218. Defendant Burns states that a copy of this Suggestion of Death was served on these individuals via Certified Mail, Return Receipt Requested and U.S. Mail and that counsel for Defendant Burns spoke with Jamin Williams on July 10, 2013, regarding the status of this case.

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the successor or representative of Henry Ford Williams shall file, by October 21, 2013, a motion to substitute a party for Plaintiff Williams. If a motion for substitution is not made by October 21, 2013, the Court will dismiss this action.

The Clerk is directed to send a copy of this Order to Linda Williams and Jamin Williams at

the addresses noted in this Order.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge